### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SCOTT ANDREW LEWIS,<br>On Behalf of Himself and<br>All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASAP LAND EXPRESS, INC.<br><br>    Defendant. | Case No. 07-2226 KHV |

### PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION
### OF CLASS CLAIMS UNDER §216(b) OF THE FLSA

COME NOW, the Plaintiffs, by and through their attorneys of record, and respectfully request that this Court certify this action as a representative action under 29 U.S.C. § 216(b). In support of this motion Plaintiffs adopt and incorporate the arguments and authorities set forth in their supporting Memorandum, filed contemporaneously herewith.

    Respectfully submitted,

     s/ Michael Hodgson
    Michael F. Brady    KS# 18630
    10901 Lowell Avenue, Suite 280
    Overland Park, KS 66210
    (913) 696-0925
    (913) 696-0468 (fax)
    Michael A. Hodgson  KS# 21331
    10901 Lowell Avenue, Suite 280
    Overland Park, KS 66210
    (913) 696-0925
    (913) 696-0468 (fax)
    ATTORNEYS FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SCOTT ANDREW LEWIS, ) | |
| On Behalf of Himself and ) | |
| All Others Similarly Situated, ) | |
| ) | Case No. 07-2226 KHV |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ASAP LAND EXPRESS, INC. ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of March, 2008 Plaintiff's **PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF CLASS CLAIMS UNDER §216(b) OF THE FLSA** was served electronically via e-mail to:

Terry L. Mann
Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
100 N. Broadway, Suite 500
Wichita, KS 67202
Business: (316) 265-9311
Fax: (316) 265-2955
Cell:   (316) 655-2596
Home: (316) 733-4621
tlmann@martinpringle.com

                                               s/ Michael Hodgson
                                               Michael F. Brady     MO# 47521
                                               Michael Hodgson     KS# 21331
                                               10901 Lowell Avenue, Suite 280
                                               Overland Park, KS 66210
                                               (913) 696-0925
                                               (913) 696-0468 (fax)

                                               ATTORNEYS FOR PLAINTIFF
                                               CLASS REPRESENTATIVE