IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SCOTT ANDREW LEWIS, | ) | |
| On Behalf of Himself and | ) | |
| All Others Similarly Situated, | ) | |
| | ) | Case No. 07-cv-2226 EFM/GLR |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ASAP LAND EXPRESS, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JAMES A. JOHNSTON | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT AND NOTICE OF
SETTLEMENT TERMS TO OPT-IN PLAINTIFFS**

The Parties jointly move this Court for an Order granting approval of the Settlement Agreement and General Release ("Agreement") reached by the Parties on behalf of the 38 current and former individual drivers for ASAP Land Express, Inc. who were engaged in this position from May 25, 2004 to the present who have previously opted-in to this Lawsuit ("Plaintiffs").

A copy of the Parties' executed Agreement is attached to the memorandum in support of this Motion as Exhibit 1. The class was certified on May 21, 2008 and as 39 persons opted- in to the Lawsuit, with one individual later being dismissed. However, in light of the insolvency of

1

Defendant ASAP Land Express, Inc. (the "Company") the Parties agree that a proposed Notice of Settlement is necessary to inform the Plaintiffs of the terms of the settlement and the Agreement, their individual rights and the Company's insolvency.  A copy of the Parties proposed Notice of Settlement is attached to the Agreement.

In support of this Motion, the Parties incorporate by reference their Memorandum in Support, which is filed contemporaneously.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion and issue an Order that:

a. Incorporates by reference the definitions set forth in the Settlement Agreement and Release, and all capitalized terms used herein shall have the same meanings; and

b. Finds that the terms of the Parties' Agreement and the Consent Judgment attached to the Agreement are fair, reasonable and adequate as to Plaintiffs;

c. Approves as to form and content the proposed Notice of Settlement and directs that the Notice of Settlement be mailed to Plaintiffs within thirty days of the date of this Order;

d. Directs the mailing of the Notice of Settlement within thirty (30) days of the Court's Order approving the Agreement.

e. Enjoins Plaintiffs from filing or prosecuting any claims, suits or administrative proceedings, participating in any other collective or class action lawsuit, or pursuing an individual claim or action concerning any claims released by the Agreement; and

f. For any other and further relief that is just and proper.

Respectfully Submitted,

s/ Michael F. Brady
Michael F. Brady #18630
Michael Hodgson #21331
BRADY& ASSOCIATES
10901 Lowell Ave., Suite 280
Overland Park, KS 66210
mbrady@mbradylaw.com
mhodgson@mbradylaw.com
**ATTORNEYS FOR PLAINTIFF**

s/ Terry L Mann
Terry L. Mann  #12840
Martin, Pringle, Oliver,Wallace
& Bauer, LLP
100 N. Broadway, Suite 500
Wichita, KS 67202
tlmann@martinpringle.com
**ATTORNEY FOR DEFENDANTS**